FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FREDDIE AYALA,<br><br>        Defendant. | Case No. 2:11-cr-00935-FLA<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

    The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including illegal drug use, repeated failures to report for drug treatment and testing; nature of prior underlying conviction; prior criminal history; lack of viable sureties*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including illegal drug use, repeated failures to report for drug treatment and testing; nature of prior underlying conviction; prior criminal history; lack of viable sureties*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 3-26-25

JOHN D. EARLY
United States Magistrate Judge

2